**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**03-253**

**GLINDA GARY LANDRY**

**VERSUS**

**GERALD LANDRY**

**\*\*\*\*\*\*\*\*\*\***
APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 97,517
HONORABLE WILLIAM D. HUNTER, DISTRICT COURT JUDGE

**\*\*\*\*\*\*\*\*\*\***
**ULYSSES GENE THIBODEAUX**
**JUDGE**
**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and Billy Howard Ezell, Judges.

**AFFIRMED.**

**Leon Joseph Minvielle, III**
**Haik, Minvielle & Grubbs**
**P. O. Box 11040**
**New Iberia, LA 70562-1040**
**Telephone:  (337) 365-5486**
**COUNSEL FOR:**
	**Defendant/Appellant - Gerald Landry**

**Gordie Ray White**
**P. O. Box 10137**
**New Iberia, LA 70562**
**Telephone:  (337) 364-5846**
**COUNSEL FOR:**
	**Plaintiff/Appellee - Glinda Gary Landry**